IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LANGSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 10-01084 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 20, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>February 25, 2011</u>.

DESIGNATION OF EXPERTS: <u>5/13/11</u>; REBUTTAL: <u>5/31/11</u>.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>6/17/11</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 11, 2011</u>;

　　Opp. Due <u>March 25, 2011</u>; Reply Due <u>April 1, 2011</u>;

　　and set for hearing no later than <u>April 15, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 9, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>August 22, 2011</u> at <u>8:30 AM.</u>,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur by November 30, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge