JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiff

STEPHEN Q. ROWELL, Esq./ State Bar # 98228
Senior Deputy City Attorney
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-3865
Facsimile:  (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND and WAYNE G. TUCKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LANGSTON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation;<br>WAYNE G. TUCKER, in his capacity as Chief of Police<br>for CITY OF OAKLAND; PATRICK GERRANSAN,<br>individually, and in his capacity as a police officer for<br>CITY OF OAKLAND; and, DOES 1-25, inclusive,<br><br>　　　　　　　　　　　Defendants.　　　　　　　　／ | Action No. C-10-01084-SI<br><br>**STIPULATION AND PROPOSED<br>ORDER FOR LEAVE<br>TO FILE FIRST AMENDED<br>SUMMONS AND COMPLAINT** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled

action, by and through their respective counsel, as follows:

　　　1.　Plaintiff shall amend her original Complaint in this action to name defendant PATRICK

GERRANS in substitution for defendant PATRICK GERRANSON; and,

2. By entering into this Stipulation, defendants do not waive any defenses that they have to the claims in the Complaint, and do not admit any allegations in the Complaint. Moreover, by entering into this Stipulation, defendants do not admit that any of the individual officers to be named as defendants engaged in any of the conduct attributed to them in the Complaint.

LAW OFFICES OF GAYLA B. LIBET

Dated: 6/18/10           By: /S/
                              GAYLA B. LIBET, Esq.
                              Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 6/18/10           By: /S/
                              JOHN L. BURRIS, Esq.
                              Attorneys for Plaintiff

OAKLAND CITY ATTORNEY'S OFFICE

Dated: 6/18/10           By: /S/
                              STEPHEN Q. ROWELL, Esq.
                              Attorneys for Defendants

**ATTORNEY ATTESTATION:**

I hereby attest that I have the agreement of all attorneys for the signatures indicated by the conformed signature, "/s/ ", within this E-filed document.

Dated: _____           By: /S/
GAYLA B. LIBET, Esq.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____     _____/s/ Susan Illston_____
                                                                    HONORABLE SUSAN
ILLSTON
                                                                    United States District
Court Judge