```
 1   JOHN L. BURRIS, Esq./ State Bar # 69888
     LAW OFFICES OF JOHN L. BURRIS
 2   7677 Oakport Street, Suite 1120
     Oakland, CA  94621
 3   Telephone:  (510) 839-5200
     Facsimile:  (510) 839-3882
 4   E-Mail:     John.burris@johnburrislaw.com

 5   GAYLA B. LIBET, Esq./ State Bar # 109173
     LAW OFFICES OF GAYLA B. LIBET
 6   486  41st Street, Suite 3
     Oakland, CA  94609
 7   Telephone and Facsimile:  (510) 420-0324
     E-Mail:     Glibet@sbcglobal.net
 8
     Attorneys for Plaintiff CYNTHIA LANGSTON
 9
     ARLENE M. ROSEN, Esq./ State Bar # 100160
10   Senior Deputy City Attorney
     One Frank Ogawa Plaza, Sixth Floor
11   Oakland, CA 94612
     Telephone: (510) 238-6392
12   Facsimile: (510) 238-6500
     E-Mail:     Arosen@oaklandcityattorney.org
13
     Attorneys for Defendants CITY OF OAKLAND, WAYNE G. TUCKER,
14   and PATRICK GERRANS
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA LANGSTON, | ) | Action No. C-10-01084-SI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE  SETTLEMENT CONFERENCE ; AND FOR RE-SCHEDULING OF CASE MANAGEMENT CONFERENCE** |
| CITY OF OAKLAND, a municipal corporation; WAYNE G. TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; PATRICK GERRANS, individually, and in his capacity as a police officer for CITY OF OAKLAND; and, DOES 1-25, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

-1-

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE  SETTLEMENT CONFERENCE ; AND FOR RE-SCHEDULING OF CASE MANAGEMENT CONFERENCE**

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The parties have not yet served written discovery on each other, which will, of course, not be responded to until at least 33 days after service. Also, counsel have not yet conducted any depositions in this case;

2. The parties cannot conduct a meaningful Settlement Conference until preliminary written discovery and depositions have been completed; and,

3. Therefore, the parties request that this Court extend the time for completion of Settlement Conference from the presently scheduled date for completion, <u>11-30-10</u>, to a date sixty (60) to ninety (90) days from that date; and that the date for Case Management Conference currently set for <u>12-20-10 at 3:00 p.m.</u> be re-scheduled to a date following the Settlement Conference.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 11/30/2010        By: /s/
              GAYLA B. LIBET, Esq.
              Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 11/30/2010        By: /s/
              JOHN L. BURRIS, Esq.
              Attorneys for Plaintiff

OAKLAND CITY ATTORNEY'S OFFICE

Dated: 11/30/2010        By: /s/
              ARLENE M. ROSEN, Esq.
              Attorneys for Defendants

-2-
**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE ; AND FOR RE-SCHEDULING OF CASE MANAGEMENT CONFERENCE**

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/ " within this E-filed document.

Dated:  11/30/2010                    By: /s/
                                          GAYLA B. LIBET, Esq.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____           _____
                                          HONORABLE SUSAN ILLSTON
                                          United States District Court Judge

The case management conference has been continued to 2/4/11 at 3 p.m.
The settlement conferfence shall be completed by 1/31/11.

-3-
**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE  SETTLEMENT CONFERENCE ;
AND FOR RE-SCHEDULING OF CASE MANAGEMENT CONFERENCE**